**Joshua M. Green, Esq.**
SUMMIT BANKRUPTCY LAW GROUP, PPLC
6900 S. 900 E. Suite 250
MIDVALE, UT 84047
Phone: 8014057827
Email: josh@ggutah.com
*Attorney for Debtor(s)*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re:<br><br>JERROD ROBKER<br><br><br><br>Debtor(s), | Bankruptcy No: 22-23945<br><br>Chapter: 7<br><br>Judge: Honorable William T. Thurman |
|---|---|

### MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS AND RELATED DOCUMENTS

COMES NOW, the above-named Debtor(s), by and through undersigned counsel, to request this Court enter an Order extending the deadline to file Schedules, Statement of Financial Affairs, Form 122C, and all related documents (hereinafter "Documents"). The Motion is supported as follows:

1. On October 07, 2022, Debtor(s) filed the above-entitled case.

2. The Petition was filed on an emergency basis and as a result, only the Voluntary Petition, Exhibit D, and a list of creditors was filed. The remaining Documents were due to be filed by October 21, 2022.

3. Client is working with accountant to file tax returns and procure profit and loss statements for business income.

4. The Debtor(s) will gather all necessary documents and data needed to file complete Schedules and Statements and will cooperate with Trustee Michael Thomson to prepare for the pending Meeting of Creditors.

5. Debtor(s) respectfully request the deadline to file the Documents be moved from October 21, 2022 to the following new date: November 07, 2022.

WHEREFORE, the Debtor(s) request the extension of time.

DATED:  October 24, 2022

                                                                       <u>/s/ Joshua M. Green</u>
                                                                       JOSHUA M. GREEN
                                                                       Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

| In re:<br><br>JERROD ROBKER<br><br><br>Debtor(s), | Bankruptcy No: 22-23945<br><br>Chapter: 7<br><br>Judge: Honorable William T. Thurman |
|---|---|

**ORDER GRANTING MOTION TO EXTEND TIME**

Whereas, this matter having come before this Court on the Motion to Extend Time to File Schedules, Statements and Related Documents, and good cause appearing, it is hereby:

ORDERED, the Motion is hereby GRANTED; and further

ORDERED, the deadline to file the Schedules, Statements and Related Documents is extended to November 07, 2022.