**Joshua M. Green, Esq.**
SUMMIT BANKRUPTCY LAW GROUP, PPLC
6900 S. 900 E. Suite 250
MIDVALE, UT 84047
Phone: 8014057827
Email: josh@ggutah.com
*Attorney for Debtor(s)*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re:<br><br>JERROD ROBKER<br><br><br>Debtor(s), | Bankruptcy No: 22-23945<br><br>Chapter: 7<br><br>Judge: Honorable William T. Thurman |
|---|---|

## CERTIFICATE OF SERVICE

I, Joshua M. Green, attorney for Debtor(s), hereby certify that on October 24, 2022 a true and correct copy of the Motion to Extend Time to File Schedules was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the parties listed in the attached mailing matrix or listed as ECF recipients, including:

US Trustee - *via ECF*              Michael F. Thomson, Trustee - *via ECF*

**Debtor(s):** 4143 W . 975 S., CEDAR CITY, UT 84720


DATED: October 24, 2022

SUMMIT BANKRUPTCY LAW GROUP, PPLC

/s/ Joshua M. Green
Joshua M. Green
Attorney for Debtor(s)

```
Label Matrix for local noticing          U.S. Bankruptcy Court                     2:20 Marketing Group LLC
1088-4                                    350 South Main #301                       491 N. Bluff St. Ste 304
Case 22-23945                             Salt Lake City, UT 84101-2195             Saint George, UT 84770-7392
District of Utah
St. George
Mon Oct 24 18:44:33 MDT 2022

AmeriCredit/GM Financial                  American First Credit Union               Amex
Attn: Bankruptcy                          Attn: Bankruptcy                          Correspondence/Bankruptcy
Po Box 183853                             Po Box 9199                               Po Box 981540
Arlington, TX 76096-3853                  Ogden, UT 84409-0199                      El Paso, TX 79998-1540


Caine & Weiner                            Capital Bank N.A.                         Capital One
Attn: Bankruptcy                          2275 Research Blvd. Ste 600               Attn: Bnakruptcy
5805 Sepulveda Blvd                       Rockville, MD 20850-6238                  P.O. Box 30285
Sherman Oaks, CA 91411-2546                                                         Salt Lake City, UT 84130-0285


Comenity Bank/Zales                       Cornwell Quality Tools                    Credit One Bank
Attn: Bankruptcy                          Attn: Bankruptcy Dept                     Attn: Bankruptcy Department
Po Box 182125                             667 Seville Road                          Po Box 98873
Columbus, OH 43218-2125                   Wadsworth, OH 44281-1077                  Las Vegas, NV 89193-8873


Discover Financial                        Express Recovery Services, Inc.          Genesis FS Card Services
Attn: Bankruptcy                          Attn: Bankruptcy                          Attn: Bankruptcy
Po Box 3025                               2790 Decker Lake Dr                       Po Box 4477
New Albany, OH 43054-3025                 West Valley City, UT 84119-2057           Beaverton, OR 97076-4401


Great Lakes                               (p)INTERMOUNTAIN HEALTHCARE               Internal Revenue Service
Attn: Bankruptcy                          PO BOX 27808                              Centralized Insolvency Operation
Po Box 7860                               SALT LAKE CITY UT 84127-0808              P.O. Box 7346
Madison, WI 53707-7860                                                              Philadelphia, PA 19101-7346


Knight Adjustment Bureau                  Mountain America Credit Union             (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Attn: Bankruptcy                          Attn: Bankruptcy                          PO BOX 41067
5525 South 900 East Suite 215             P.O. Box 2331                             NORFOLK VA 23541-1067
Salt Lake City, UT 84117-3500             Sandy, UT 84091-2331


Resurgent Capital Services                (p)SNAP ON CREDIT                         St. George Regional Hospital
Attn: Bankruptcy                          950 TECHNOLOGY WAY                        1380 South Medical Center Drive
Po Box 10497                              SUITE 301                                 Saint George, UT 84790
Greenville, SC 29603-0497                 LIBERTYVILLE IL 60048-5339


Synchrony Bank                            United States Trustee                     Utah State Tax Commission
Care of PRA Receivables Management, LLC   Washington Federal Bank Bldg.             210 N 1950 W
PO Box 41021                              405 South Main Street                     Salt Lake City, UT 84134-9000
Norfolk, VA 23541-1021                    Suite 300
                                          Salt Lake City, UT 84111-3402


Verizon Wireless                          Veros Credit                              Jerrod Grant Robker III
Attn: Bankruptcy                          2333 North Broadway                       4143 W . 975 S.
500 Technology Dr, Ste 599                Suite 130                                 Cedar City, UT 84720-6238
Weldon Springs, MO 63304-2225             Santa Ana, CA 92706-1641
```

Joshua M. Green
Summit Bankruptcy, PLLC
6900 S 900 E
Suite 250
Midvale, UT 84047-5806

Michael F. Thomson
Greenberg Traurig LLP
222 S MAIN ST Suite 1730
Salt Lake City, UT 84101-2140

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Intermountain Healthcare
3930 Parkway Blvd
Salt Lake City, UT 84120

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

Snap-on Credit
Attn: Bankruptcy
950 Technology Way, Suite 301
Libertyville, IL 60048

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jeff Learner

End of Label Matrix
Mailable recipients    31
Bypassed recipients     1
Total                  32

**Joshua M. Green, Esq.**
SUMMIT BANKRUPTCY LAW GROUP, PPLC
6900 S. 900 E. Suite 250
MIDVALE, UT 84047
Phone: 8014057827
Email: josh@ggutah.com
*Attorney for Debtor(s)*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re:<br><br>JERROD ROBKER<br><br><br><br>Debtor(s), | Bankruptcy No: 22-23945<br><br>Chapter: 7<br><br>Judge: Honorable William T. Thurman |
|---|---|

### MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS AND RELATED DOCUMENTS

COMES NOW, the above-named Debtor(s), by and through undersigned counsel, to request this Court enter an Order extending the deadline to file Schedules, Statement of Financial Affairs, Form 122C, and all related documents (hereinafter "Documents"). The Motion is supported as follows:

1. On October 07, 2022, Debtor(s) filed the above-entitled case.

2. The Petition was filed on an emergency basis and as a result, only the Voluntary Petition, Exhibit D, and a list of creditors was filed. The remaining Documents were due to be filed by October 21, 2022.

3. Client is working with accountant to file tax returns and procure profit and loss statements for business income.

4. The Debtor(s) will gather all necessary documents and data needed to file complete Schedules and Statements and will cooperate with Trustee Michael Thomson to prepare for the pending Meeting of Creditors.

5. Debtor(s) respectfully request the deadline to file the Documents be moved from October 21, 2022 to the following new date: November 07, 2022.

WHEREFORE, the Debtor(s) request the extension of time.

DATED:  October 24, 2022

/s/ Joshua M. Green
JOSHUA M. GREEN
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re:<br><br>JERROD ROBKER<br><br><br><br>Debtor(s), | Bankruptcy No: 22-23945<br><br>Chapter: 7<br><br>Judge: Honorable William T. Thurman |

**ORDER GRANTING MOTION TO EXTEND TIME**

Whereas, this matter having come before this Court on the Motion to Extend Time to File Schedules, Statements and Related Documents, and good cause appearing, it is hereby:

ORDERED, the Motion is hereby GRANTED; and further

ORDERED, the deadline to file the Schedules, Statements and Related Documents is extended to November 07, 2022.