**Joshua M. Green, Esq.**
SUMMIT BANKRUPTCY LAW GROUP, PPLC
6900 S. 900 E. Suite 250
MIDVALE, UT 84047
Phone: 8014057827
Email: josh@ggutah.com
*Attorney for Debtor(s)*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re:<br><br>JERROD ROBKER<br><br>Debtor(s), | Bankruptcy No: 22-23945<br><br>Chapter: 7<br><br>Judge: Honorable William T. Thurman |
|---|---|

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

>   For legal services, Debtor has agreed to pay. . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 2,100.00
>   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ 0.00
>   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 2,100.00

2. The source of the compensation paid to me was:

>   ☐ Debtor     ☐ Other (specify)     ■ Not Applicable

3. The source of compensation to be paid to me is:

>   ■ Debtor     ☐ Other (specify)

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   - Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

- Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
- Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
- Prepare and deliver documents to the assigned trustee;
- Communicate with creditors to manage collection activity;
- Additional services afforded under this specific compensation structure include: review and advise on motions for relief from the stay, reaffirmation or redemption of obligations, turnover obligations to the trustee; attendance at 2004 examinations; audits of the US Trustee; objections to claims where appropriate; lien avoidance matters; amendments to schedules and statements; necessary motions to reinstate case if dismissed or object to motions to dismiss; and enrollment into an approximate 4 year credit reporting and education program post-discharge without additional cost.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

- Representation of the debtor in adversary proceedings, dischargeability actions and other contested bankruptcy matters.

7. Debtor and counsel have entered into two, separate fee agreements:

- The first agreement was signed prior to the filing of the petition for the preparation and filing of the bankruptcy petition, statement about social security number, creditor list and other documents required at the time of filing; and review, analysis and advisement of the typical matters that are required to be performed prior to filing by a bankruptcy attorney under the applicable bankruptcy and ethical rules. Counsel's fees under the first agreement were $0.00.
- The second agreement was signed after the petition was filed for post-petition work to be performed, including the preparation of schedules of assets and liabilities, and statement of financial affairs; preparation and filing of other required documents; representation at the first meeting of creditors; and other services outlined in the fee agreement. Counsel's fees under the second agreement are $2,100.00. The second agreement allows the Debtor(s) to pay these post-petition fees and costs in installments for up to 12 months following the bankruptcy filing.

8. Counsel is taking payments directly from the Debtor post-petition.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

DATED: November 10, 2022

By: \s\Joshua M. Green
    Joshua M. Green

SUMMIT BANKRUPTCY LAW GROUP, PPLC
    6900 S. 900 E. Suite 250
    MIDVALE, UT 84047
    8014057827
    josh@ggutah.com